UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                          CIVIL ACTION NO
                                              8:15-cv-01005-TDC

LAW ENFORCMENT SYSTEMS, LLC

Defendant.                                   June 11, 2015

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                                THE PLAINTIFF

                                                                 BY/S/Bernard T. Kennedy
                                                                 Bernard T. Kennedy, Esquire
                                                                 The Kennedy Law Firm
                                                                 P.O. Box 673
                                                                 Blairsville, GA 30514
                                                                 Ph   (443) 607-8901
                                                                 Fax (443) 440-6372
                                                                 Fed. Bar # Md26843
                                                                 bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/11/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy