UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER,

    Plaintiff,

    v.

LAW ENFORCEMENT SYSTEMS, LLC,

    Defendant.

Civil Action No. TDC-15-1005

**ORDER**

On June 11, 2015 Plaintiff Donna Whitaker filed a Notice of Dismissal, voluntarily dismissing with prejudice and without costs the claims against Defendant Law Enforcement Systems, LLC, which has not yet entered an appearance or filed a responsive pleading in this case. ECF No. 5. The Court has reviewed the Notice, and it is hereby ORDERED that the action is dismissed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Date: June 22, 2015

        /s/
THEODORE D. CHUANG
United States District Judge